UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEIL EMERY,

    Plaintiff,

v.

                              Case No. 19-11419

ALLEN KORY; ROSCOMMON,
COUNTY OF; and OGEMAW
COUNTY STING TEAM,            Hon. George Caram Steeh

    Defendants.
_____/

ORDER ACCEPTING REPORT AND
RECOMMENDATION AND GRANTING DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 41, 43)

On September 22, 2020, Magistrate Judge Patricia T. Morris issued a report and recommendation proposing that the court grant Defendants' motions for summary judgment. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C).  The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

-1-

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Morris's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Morris's report and recommendation (Doc. 54) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendants Allen Kory, Roscommon County, and the Ogemaw County Sting Team's motions for summary judgment (ECF Nos. 41, 43) are GRANTED.

Dated: October 16, 2020

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 16, 2020, by electronic and/or ordinary mail and also on Neil Emery #443938, Macomb Correctional Facility 34625 26 Mile Road, New Haven, MI 48048.

s/Brianna Sauve
Deputy Clerk